# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Michael Melendez,
    Phyllis Melendez,

        Debtors.

Case No. 18-17608-mdc

Chapter 13

### Notice of Objection to Claim No. 4
### by Claimant State of New Jersey Division of Taxation Bankruptcy Section,
### and Hearing Date

The Debtors in the above-captioned matter have filed an objection to the proof of claim you filed in this bankruptcy case.

1. **Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the court to change or eliminate your claim, you or your lawyer must attend the hearing on the objection**, scheduled to be held telephonically on Tuesday, March 28, 2023, at 11:00 a.m. before Chief U.S. Bankruptcy Judge Magdeline D. Coleman. To attend the hearing, dial 877-336-1828 and enter access code 7855846. If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

3. **If you intend to appear at the hearing** to contest the objection to your claim, **you must notify the person listed below on or before Tuesday, March 21, 2023**. If you do not notify the person listed below that you intend to appear, the Objector will be entitled to a postponement of the hearing.

        Michael I. Assad
        Cibik Law, P.C.
        1500 Walnut Street, Suite 900
        Philadelphia, PA 19102
        215-735-1060
        mail@cibiklaw.com

Dated: February 28, 2023