# UNITED STATES BANKRUPTCY COURT
## FOR THE Eastern District of PENNSYLVANIA

IN RE:

MICHAEL MELENDEZ
PHYLLIS MELENDEZ

§
§ CASE NO.
§ 18-17608-amc
§ Chapter 13

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Bear Stearns Asset Backed Securities Trust 2004-AC1, Asset-Backed Certificates, Series 2004-AC1, U.S. Bank National Association, as Trustee | Specialized Loan Servicing LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Shellpoint Mortgage Servicing
P.O. Box 10826 Greenville
Greenville, SC 29603-0675

Court Claim # (if known): 2
Amount of Claim: $ 523557.84
Date Claim Filed: 12/27/2018

Phone: (800)365-7107
Last Four Digits of Acct #: 9095

Phone: (800) 643-0202
Last Four Digits of Acct.#: 6922

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Larry Yip                                    Date: 8/21/2024

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

UNITED STATES BANKRUPTCY COURT
FOR THE Eastern District of PENNSYLVANIA

IN RE: § CASE NO.
§ 18-17608-amc
MICHAEL MELENDEZ § Chapter 13
PHYLLIS MELENDEZ §

CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before 8/21/2024 via electronic notice unless otherwise stated:

**Debtor**       *Via U.S. Mail*

MICHAEL MELENDEZ
3688 Powder Horn Dr
Furlong, PA 18925-1184

PHYLLIS MELENDEZ
3688 Powder Horn Dr
Furlong, PA 18925-1184

**Debtors' Attorney**
MICHAEL A. CIBIK
CIBIK LAW, P.C.
1500 Walnut St Ste 900
Philadelphia, PA 19102-3518

**Chapter 13 Trustee**
KENNETH E. WEST
1234 Market St Ste 1813
Philadelphia, PA 19107-3704

Respectfully Submitted,

/s/ Kidd Yuen
Kidd Yuen