UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In Re:<br>    Michael Melendez, and<br>    Phyllis Melendez<br>        Debtors | Chapter 13<br><br>Case Number: 18-17608-AMC |
| Michael Melendez, and<br>Phyllis Melendez<br>        Movants<br>        v.<br>Bear Stearns Asset Backed Securities Trust 2004-AC1, Asset-Backed Certificates, Series 2004-AC1, U.S. Bank National Association, as Trustee<br>        Respondent | Related Doc.: 107 |

**ORDER**

AND NOW, upon the Motion for Order to Show Cause of Michael and Phyllis Melendez and for cause shown it is ORDERED and DECREED that the Motion is DENIED.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE