UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| In Re:<br>   Michael Melendez, and<br>   Phyllis Melendez<br>      Debtors | Chapter 13<br><br>Case Number: 18-17608-AMC |
|---|---|
| Michael Melendez, and<br>Phyllis Melendez<br>      Movants<br>   v.<br>Bear Stearns Asset Backed Securities Trust 2004-AC1, Asset-Backed Certificates, Series 2004-AC1, U.S. Bank National Association, as Trustee<br>      Respondent | |

## CERTIFICATE OF SERVICE

     I, the undersigned, hereby certify that a true and correct copy of the within Motion Response, together with Order, and this Certificate, was sent to the Debtor(s), Counsel and the Trustee and all other required parties via first class mail and/or ECF on the date set forth below.

Michael A. Cataldo
901 Market Street
Suite 3020
Philadelphia, PA 19107
mcataldo@gsbblaw.com
**Counsel for Debtor**

Kenneth E. West
1234 Market Street - Suite 1813
Philadelphia, PA 19107
ecfemails@ph13trustee.com
**Bankruptcy Trustee**

United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
**US Trustee**

and by standard first-class mail postage prepaid to:
Michael Melendez
3688 Powder Horn Drive
Furlong, PA 18925

Phyllis Melendez
3688 Powder Horn Drive
Furlong, PA 18925
**Debtor(s)**

Stern & Eisenberg, PC
*By: /s/ Daniel P. Jones*
Daniel P. Jones
Bar Number: 321876
Email: djones@sterneisenberg.com

Date: September 23, 2024