# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Michael and Phyllis Melendez,

                      Debtors.

Case No. 18-17608-AMC

Chapter 13

**Praecipe to Withdraw Document**

To the Clerk of Court:

    Please withdraw the Debtor's Motion for Order to Show Cause, which was filed with the Court on August 15, 2024, as ECF No. 107. Thank you.

Date: September 25, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com