UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　MICHAEL  MELENDEZ<br>　　PHYLLIS  MELENDEZ<br><br>　　　　　　Debtors | Chapter 13<br><br>Bankruptcy No. 18-17608-AMC |

## CERTIFICATE OF SERVICE

　　I, Kenneth E. West, Esq., do hereby certify that true and correct copies of the foregoing *Trustee's Motion to Dismiss Pursuant to 11 U.S.C. Section 1307* and *Notice of Motion, Response Deadline and Hearing Date Pursuant to Local Bankruptcy Rule 9014-3* have been served this 12th day of November, 2024 by first class mail upon those listed below:

MICHAEL  MELENDEZ
PHYLLIS  MELENDEZ
3688 POWDER HORN DRIVE
FURLONG, PA  18925

**Electronically via ECF/System ONLY:**

CIBIK LAW, P.C.

Office of the United States Trustee
Robert N.C. Nix Federal Courthouse
900 Market Street, Suite 320
Philadelphia, PA  19107

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Kenneth E. West, Esq.*
　　　　　　　　　　　　　　　　　　　　　　　Kenneth E. West, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee