**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>    Michael Melendez,<br>    Phyllis Melendez,<br><br>                Debtors. | Case No. 18-17608-AMC<br><br>Chapter 13 |

**Order Granting Debtors' Motion to Modify Chapter 13 Plan**

**AND NOW**, upon consideration of the Debtors' Motion to Modify Chapter 13 Plan, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The modified plan filed as ECF No. 118 is **APPROVED**.


Date: _____

                                                                  _____
                                                                  Honorable Ashely M. Chan
                                                                  Chief U.S. Bankruptcy Judge