# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>    Michael Melendez,<br>    Phyllis Melendez,<br><br>                  Debtors. | Case No. 18-17608-AMC<br><br>Chapter 13 |

## Certificate of Service

I certify that on this date I served a true and correct copy of the Debtors' Motion to Modify Chapter 13 Plan along with the notice, proposed order, and proposed plan on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Kenneth E. West (CM/ECF)

Specialized Loan Servicing LLC (CM/ECF)

I.R.S.
P.O. Box 7346
Philadelphia, PA 19101-7346

US Dept. of Education
120 N. Seven Oaks Dr.
Knoxville, TN 37922

State of New Jersey
Division of Taxation Bankruptcy Section
PO Box 245
Trenton NJ 08695

| | |
|---|---|
| Date: December 11, 2024 | CIBIK LAW, P.C.<br>*Counsel for Debtor*<br><br>By: /s/ Michael A. Cibik<br>    Michael A. Cibik (#23110)<br>    1500 Walnut Street, Suite 900<br>    Philadelphia, PA 19102<br>    215-735-1060<br>    mail@cibiklaw.com |