**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Michael Melendez,<br>Phyllis Melendez,<br><br>Debtors. | Case No. 18-17608-AMC<br><br>Chapter 13 |

**Order Granting Debtors' Motion to Modify Chapter 13 Plan**

**AND NOW**, upon consideration of the Debtors' Motion to Modify Chapter 13 Plan, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.
2. The modified plan filed as ECF No. 118 is **APPROVED**.

Date:
**Date: January 17, 2025**

_____
Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge