# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Michael Melendez,
    Phyllis Melendez,

        Debtors.

Case No. 18-17608-AMC

Chapter 13

1.    These fees are associated with an objection to a proof of claim and a motion to modify after confirmation.

2.    Debtors' counsel seeks Supplemental Fee Approval for services rendered and seeks compensation in the amount of $1,500.00 through the modified plan.

3.    Attorney Disclosure of Compensation is attached as Exhibit A.

4.    Itemized time and billing for the services is attached as Exhibit B.

WHEREFORE, Debtors pray that this Honorable Court enter an order approving this Supplemental Fee Application under Local Rule 2016-2.

Date: February 26, 2025

CIBIK LAW, P.C.
*Attorney for Debtor*

By: /s/ Michael A. Cibik
    Michael A. Cibik (#23110)
    1500 Walnut Street, Suite 900
    Philadelphia, PA 19102
    215-735-1060
    help@cibiklaw.com