# Cibik Law, P.C.                     INVOICE

1500 Walnut Street, Suite 900                     Invoice # 1
Philadelphia, PA 19102                     Date: 02/26/2025

Michael and Phyllis Melendez
3688 Powder Horn Drive
Furlong, PA 18925

### 2405-Melendez

### Bankruptcy 18-17608

| Date | Attorney | Notes | Quantity | Total |
|---|---|---|---|---|
| 01/10/2023 | MA | A104 Review/analyze B110 Case Administration: Reviewed trustee's motion to dismiss case | 0.10 | $35.00 |
| 02/09/2023 | MA | A108 Communicate (other external) B110 Case Administration: Corresponded with trustee's office regarding motion to dismiss case | 0.20 | $70.00 |
| 02/09/2023 | MA | A104 Review/analyze B110 Case Administration: Reviewed proof of claim number 4 | 0.20 | $70.00 |
| 02/09/2023 | MA | A106 Communicate (with client) B110 Case Administration: Discussed the filing and validity of proof of claim number 4 with the debtors | 0.20 | $70.00 |
| 02/28/2023 | MA | A103 Draft/revise B110 Case Administration: Drafted objection to proof of claim number 4 | 0.50 | $175.00 |
| 02/28/2023 | IR | A111 Other B110 Case Administration: Filed objection to proof of claim number 4 | 0.10 | $15.00 |
| 02/28/2023 | IR | A103 Draft/revise B110 Case Administration: Drafted and filed motion to redact | 0.30 | $45.00 |
| 03/28/2023 | MA | A109 Appear for/attend B110 Case Administration: Prepared for and attended hearings on motion to redact and objection to proof of claim number 4 | 0.90 | $315.00 |
| 05/10/2023 | MA | A103 Draft/revise B110 Case Administration: Drafted motion to modify and modified chapter 13 plan | 1.00 | $350.00 |
| 05/10/2023 | IR | A111 Other B110 Case Administration: Filed motion to modify and modified chapter 13 plan | 0.10 | $15.00 |
| 07/12/2023 | MA | A103 Draft/revise B110 Case Administration: Drafted amended modified chapter 13 plan | 0.30 | $105.00 |
| 07/12/2023 | IR | A111 Other B110 Case Administration: Filed amended modified chapter 13 plan | 0.10 | $15.00 |

| Date | | Description | Quantity | Amount |
|---|---|---|---|---|
| 07/28/2023 | IR | A103 Draft/revise B110 Case Administration: Drafted and filed proposed order re: motion to modify | 0.20 | $30.00 |
| 02/26/2025 | EJG | A103 Draft/revise B110 Case Administration: Reviewed time sheets and drafted fee application | 0.50 | $175.00 |
| 02/26/2025 | IR | A111 Other B110 Case Administration: Filed fee application | 0.10 | $15.00 |
| | | **Quantity Subtotal** | | **4.8** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Michael Assad | Attorney (former) | 3.4 | $350.00 | $1,190.00 |
| Edward Gruber | Deputy Attorney | 0.5 | $350.00 | $175.00 |
| Iesha Reid | Senior Paralegal | 0.9 | $150.00 | $135.00 |
| | | **Quantity Total** | | **4.8** |
| | | | **Subtotal** | **$1,500.00** |
| | | | **Total** | **$1,500.00** |

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 1 | | $1,500.00 | $0.00 | $1,500.00 |
| | | | **Outstanding Balance** | **$1,500.00** |
| | | | **Amount Requested** | **$1,500.00** |