# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-17608-AMC |
| Michael Melendez, <br> Phyllis Melendez, | Chapter 13 |
| Debtors. | |

AND NOW, on this ____ day of _____, 2025, upon consideration of Debtors' Counsel's Supplemental Application to Approve Compensation:

    It is **ORDERED** that the Supplemental Application is GRANTED and that compensation of **$1,500** is **ALLOWED** to Cibik Law, P.C. The Chapter 13 Trustee may pay the allowed amount as an administrative expense to the extent provided in the approved plan.

Date:

By the Court:

_____

Honorable Ashely M. Chan
U.S. Bankruptcy Chief Judge