# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>    Michael Melendez,<br>    Phyllis Melendez,<br><br>        Debtors. | Case No. 18-17608-AMC<br><br>Chapter 13 |

    I, MICHAEL A. CIBIK, hereby certify that a true and correct copy of the Supplemental Application for Compensation and all its exhibits, the notice thereof, and the proposed order were served upon the following parties by electronic means or first-class mail on the date set forth below.

    Kenneth E. West (CM/ELF)

    U.S. Trustee (CM/ELF)

    Michael and Phyllis Melendez
    3688 Powder Horn Drive
    Furlong, PA 18925

Dated: February 26, 2025          CIBIK LAW, P.C.
                                           *Attorney for Debtor*

                                           By: /s/ Michael A. Cibik
                                                   Michael A. Cibik (#23110)
                                                   1500 Walnut Street, Suite 900
                                                   Philadelphia, PA 19102
                                                   215-735-1060
                                                   help@cibiklaw.com