# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:                                      Case No. 18-17608

    Michael Melendez,              Chapter 13
    Phyllis Melendez,

           Debtors.

AND NOW, on this _____ day of _____, 2025, upon consideration of Debtors'
Counsel's Supplemental Application to Approve Compensation:

It is **ORDERED** that the Supplemental Application is GRANTED and
that compensation of **$1,500** is **ALLOWED** to Cibik Law, P.C.  The Chapter 13
Trustee may pay the allowed amount as an administrative expense to the extent
provided in the approved plan.

Date:

**Date: March 17, 2025**

By the Court:

_____
Honorable Derek J. Baker
U.S. Bankruptcy Judge