| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | MICHAEL MELENDEZ |
| Debtor 2 (Spouse, if filing) | PHYLLIS MELENDEZ |
| Unites States Bankruptcy Court for the: | Eastern District of Pennsylvania (State) |
| Case Number | 18-17608-DJB |

## Official Form 410C13-N
# Trustee's Notice of Disbursements Made     12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).

### Part 1: Mortgage Information

**Name of claim holder:** SHELLPOINT MORTGAGE SERVICING

**Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account: 9 0 9 5

**Property Address:** 3688 POWDER HORN DRIVE
Number    Street

Furlong     PA    18925
City        State  ZIP Code

### Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

### Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 200,483.28 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 200,483.28 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ 200,483.28 |

## Part 4: Postpetition Payment

*Check one:*

☒ Postpetition payments are made by the debtor.
☐ Postpetition payments are paid through the trustee.
☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ -0-

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

## Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ -0-

## Part 6: A Response Is Required By Bankruptcy Rule 3002.1(g)(3)

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Kenneth E. West
Signature

Date: 01/03/2026

Trustee: Kenneth E. West
First Name    Middle Name    Last Name

Address: 190 N. Independence Mall West, Suite 701
Number    Street

Philadelphia    PA    19106
City    State    ZIP Code

Contact phone: (215) 627-1377    Email: info@ph13trustee.com

## History Of Payments

**Part 3 - b (Prepetition Arrears)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 2 | SPECIALIZED LOAN SERVICII | Secured Arrears Mortgage | 02/10/2020 | 2504284 | Disbursement To Creditor/Principal | 11,479.29 |
| 2 | SPECIALIZED LOAN SERVICII | Secured Arrears Mortgage | 03/09/2020 | 2505865 | Disbursement To Creditor/Principal | 2,628.97 |
| 2 | SPECIALIZED LOAN SERVICII | Secured Arrears Mortgage | 04/08/2020 | 2507136 | Disbursement To Creditor/Principal | 5,257.94 |
| 2 | SPECIALIZED LOAN SERVICII | Secured Arrears Mortgage | 05/08/2020 | 2508587 | Disbursement To Creditor/Principal | 2,628.97 |
| 2 | SPECIALIZED LOAN SERVICII | Secured Arrears Mortgage | 06/10/2020 | 2510119 | Disbursement To Creditor/Principal | 2,552.40 |
| 2 | SPECIALIZED LOAN SERVICII | Secured Arrears Mortgage | 07/13/2020 | 2511606 | Disbursement To Creditor/Principal | 2,552.40 |
| 2 | SPECIALIZED LOAN SERVICII | Secured Arrears Mortgage | 09/10/2020 | 2514495 | Disbursement To Creditor/Principal | 2,552.40 |
| 2 | SPECIALIZED LOAN SERVICII | Secured Arrears Mortgage | 10/07/2020 | 2515882 | Disbursement To Creditor/Principal | 2,552.40 |
| 2 | SPECIALIZED LOAN SERVICII | Secured Arrears Mortgage | 11/10/2020 | 2517374 | Disbursement To Creditor/Principal | 2,609.12 |
| 2 | SPECIALIZED LOAN SERVICII | Secured Arrears Mortgage | 01/08/2021 | 2520250 | Disbursement To Creditor/Principal | 2,609.12 |
| 2 | SPECIALIZED LOAN SERVICII | Secured Arrears Mortgage | 02/10/2021 | 2521732 | Disbursement To Creditor/Principal | 2,609.12 |
| 2 | SPECIALIZED LOAN SERVICII | Secured Arrears Mortgage | 03/08/2021 | 2523205 | Disbursement To Creditor/Principal | 2,609.12 |
| 2 | SPECIALIZED LOAN SERVICII | Secured Arrears Mortgage | 04/09/2021 | 2524701 | Disbursement To Creditor/Principal | 2,609.12 |
| 2 | SPECIALIZED LOAN SERVICII | Secured Arrears Mortgage | 05/10/2021 | 2526273 | Disbursement To Creditor/Principal | 2,609.12 |
| 2 | SPECIALIZED LOAN SERVICII | Secured Arrears Mortgage | 06/09/2021 | 2527737 | Disbursement To Creditor/Principal | 2,609.12 |
| 2 | SPECIALIZED LOAN SERVICII | Secured Arrears Mortgage | 07/09/2021 | 2529193 | Disbursement To Creditor/Principal | 2,609.12 |
| 2 | SPECIALIZED LOAN SERVICII | Secured Arrears Mortgage | 08/09/2021 | 2530616 | Disbursement To Creditor/Principal | 2,609.12 |
| 2 | SPECIALIZED LOAN SERVICII | Secured Arrears Mortgage | 09/09/2021 | 2532037 | Disbursement To Creditor/Principal | 3,681.52 |
| 2 | SPECIALIZED LOAN SERVICII | Secured Arrears Mortgage | 11/09/2021 | 3002216 | Disbursement To Creditor/Principal | 5,680.08 |
| 2 | SPECIALIZED LOAN SERVICII | Secured Arrears Mortgage | 12/09/2021 | 3003553 | Disbursement To Creditor/Principal | 2,840.04 |
| 2 | SPECIALIZED LOAN SERVICII | Secured Arrears Mortgage | 01/10/2022 | 3004837 | Disbursement To Creditor/Principal | 2,840.04 |
| 2 | SPECIALIZED LOAN SERVICII | Secured Arrears Mortgage | 02/07/2022 | 3006158 | Disbursement To Creditor/Principal | 2,840.04 |
| 2 | SPECIALIZED LOAN SERVICII | Secured Arrears Mortgage | 04/12/2022 | 3008804 | Disbursement To Creditor/Principal | 5,680.08 |
| 2 | SPECIALIZED LOAN SERVICII | Secured Arrears Mortgage | 05/11/2022 | 3010151 | Disbursement To Creditor/Principal | 2,840.04 |
| 2 | SPECIALIZED LOAN SERVICII | Secured Arrears Mortgage | 06/09/2022 | 3011411 | Disbursement To Creditor/Principal | 2,840.04 |
| 2 | SPECIALIZED LOAN SERVICII | Secured Arrears Mortgage | 07/12/2022 | 3012703 | Disbursement To Creditor/Principal | 2,840.04 |
| 2 | SPECIALIZED LOAN SERVICII | Secured Arrears Mortgage | 08/16/2022 | 3014009 | Disbursement To Creditor/Principal | 2,840.04 |
| 2 | SPECIALIZED LOAN SERVICII | Secured Arrears Mortgage | 09/08/2022 | 3015147 | Disbursement To Creditor/Principal | 2,840.04 |
| 2 | SPECIALIZED LOAN SERVICII | Secured Arrears Mortgage | 10/11/2022 | 3016341 | Disbursement To Creditor/Principal | 2,840.04 |
| 2 | SPECIALIZED LOAN SERVICII | Secured Arrears Mortgage | 12/13/2022 | 3018875 | Disbursement To Creditor/Principal | 988.76 |
| 2 | SPECIALIZED LOAN SERVICII | Secured Arrears Mortgage | 01/10/2023 | 3020096 | Disbursement To Creditor/Principal | 2,840.04 |
| 2 | SPECIALIZED LOAN SERVICII | Secured Arrears Mortgage | 02/08/2023 | 3021297 | Disbursement To Creditor/Principal | 2,840.04 |
| 2 | SPECIALIZED LOAN SERVICII | Secured Arrears Mortgage | 03/09/2023 | 3022562 | Disbursement To Creditor/Principal | 2,840.04 |
| 2 | SPECIALIZED LOAN SERVICII | Secured Arrears Mortgage | 04/12/2023 | 3023812 | Disbursement To Creditor/Principal | 2,840.04 |
| 2 | SPECIALIZED LOAN SERVICII | Secured Arrears Mortgage | 05/09/2023 | 3025060 | Disbursement To Creditor/Principal | 6,842.67 |
| 2 | SPECIALIZED LOAN SERVICII | Secured Arrears Mortgage | 06/13/2023 | 3026250 | Disbursement To Creditor/Principal | 1,340.04 |
| 2 | SPECIALIZED LOAN SERVICII | Secured Arrears Mortgage | 07/13/2023 | 3027378 | Disbursement To Creditor/Principal | 2,840.04 |
| 2 | SPECIALIZED LOAN SERVICII | Secured Arrears Mortgage | 08/15/2023 | 3028533 | Disbursement To Creditor/Principal | 2,840.04 |
| 2 | SPECIALIZED LOAN SERVICII | Secured Arrears Mortgage | 09/18/2023 | 3029703 | Disbursement To Creditor/Principal | 2,840.04 |
| 2 | SPECIALIZED LOAN SERVICII | Secured Arrears Mortgage | 10/10/2023 | 3030694 | Disbursement To Creditor/Principal | 2,840.04 |
| 2 | SPECIALIZED LOAN SERVICII | Secured Arrears Mortgage | 11/09/2023 | 3031694 | Disbursement To Creditor/Principal | 2,778.30 |
| 2 | SPECIALIZED LOAN SERVICII | Secured Arrears Mortgage | 12/21/2023 | 4000516 | Disbursement To Creditor/Principal | 2,778.30 |
| 2 | SPECIALIZED LOAN SERVICII | Secured Arrears Mortgage | 01/16/2024 | 4001363 | Disbursement To Creditor/Principal | 2,778.30 |
| 2 | SPECIALIZED LOAN SERVICII | Secured Arrears Mortgage | 02/12/2024 | 4002278 | Disbursement To Creditor/Principal | 2,778.30 |
| 2 | SPECIALIZED LOAN SERVICII | Secured Arrears Mortgage | 03/12/2024 | 4003194 | Disbursement To Creditor/Principal | 2,778.30 |
| 2 | SPECIALIZED LOAN SERVICII | Secured Arrears Mortgage | 04/10/2024 | 4004110 | Disbursement To Creditor/Principal | 2,778.30 |
| 2 | SPECIALIZED LOAN SERVICII | Secured Arrears Mortgage | 05/13/2024 | 4005013 | Disbursement To Creditor/Principal | 2,778.30 |
| 2 | SPECIALIZED LOAN SERVICII | Secured Arrears Mortgage | 06/14/2024 | 4005945 | Disbursement To Creditor/Principal | 2,778.30 |
| 2 | SPECIALIZED LOAN SERVICII | Secured Arrears Mortgage | 07/17/2024 | 4006890 | Disbursement To Creditor/Principal | 2,778.30 |
| 2 | SPECIALIZED LOAN SERVICII | Secured Arrears Mortgage | 08/14/2024 | 4007813 | Disbursement To Creditor/Principal | 2,778.30 |

| Debtor 1 | **MICHAEL MELENDEZ** | | Case Number **18-17608-DJB** | Page 2 |
|---|---|---|---|---|
| | Name | | | |

# History Of Payments

**Part 3 - b (Prepetition Arrears)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 2 | SPECIALIZED LOAN SERVICII | Secured Arrears Mortgage | 09/11/2024 | 4008658 | Disbursement To Creditor/Principal | 2,778.30 |
| 2 | SHELLPOINT MORTGAGE SE | Secured Arrears Mortgage | 10/16/2024 | 4009518 | Disbursement To Creditor/Principal | 2,778.30 |
| 2 | SHELLPOINT MORTGAGE SE | Secured Arrears Mortgage | 11/13/2024 | 4010435 | Disbursement To Creditor/Principal | 3,415.23 |
| 2 | SHELLPOINT MORTGAGE SE | Secured Arrears Mortgage | 12/11/2024 | 4011266 | Disbursement To Creditor/Principal | 3,415.23 |
| 2 | SHELLPOINT MORTGAGE SE | Secured Arrears Mortgage | 02/12/2025 | 4012984 | Disbursement To Creditor/Principal | 8,215.38 |
| 2 | SHELLPOINT MORTGAGE SE | Secured Arrears Mortgage | 03/12/2025 | 4013829 | Disbursement To Creditor/Principal | 4,107.69 |
| 2 | SHELLPOINT MORTGAGE SE | Secured Arrears Mortgage | 04/15/2025 | 4014686 | Disbursement To Creditor/Principal | 4,107.69 |
| 2 | SHELLPOINT MORTGAGE SE | Secured Arrears Mortgage | 05/14/2025 | 4015566 | Disbursement To Creditor/Principal | 4,107.69 |
| 2 | SHELLPOINT MORTGAGE SE | Secured Arrears Mortgage | 06/11/2025 | 4016420 | Disbursement To Creditor/Principal | 4,107.69 |
| 2 | SHELLPOINT MORTGAGE SE | Secured Arrears Mortgage | 07/16/2025 | 4017240 | Disbursement To Creditor/Principal | 4,107.69 |
| 2 | SHELLPOINT MORTGAGE SE | Secured Arrears Mortgage | 08/13/2025 | 4018089 | Disbursement To Creditor/Principal | 3,378.71 |
| | | | | | Total for Claim Number 2: | 200,483.28 |
| | | | | | **Total for Part 3 - b (Prepetition Arrears):** | **200,483.28** |