United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                          Case No. 18-17608-djb

Michael Melendez                                               Chapter 13

Phyllis Melendez

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 05, 2026 | Form ID: 234 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2026:**

**Recip ID**    **Recipient Name and Address**
db/jdb    +  Michael Melendez, Phyllis Melendez, 3688 Powder Horn Drive, Furlong, PA 18925-1184

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2026          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DANIEL P. JONES | on behalf of Creditor Bear Stearns Asset Backed Securities Trust 2004-AC1  Asset-Backed Certificates, Series 2004-AC1, U.S. Bank National Association, as Trustee djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| JEROME B. BLANK | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR ET. AL. jblank@pincuslaw.com, mmorris@pincuslaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |

District/off: 0313-2 · · · · · · · · · · · · · · · · · · · · User: admin · · · · · · · · · · · · · · · · · · · · Page 2 of 2

Date Rcvd: Jan 05, 2026 · · · · · · · · · · · · · · · · · · Form ID: 234 · · · · · · · · · · · · · · · · · · · · Total Noticed: 1

MARIO J. HANYON

on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR ET. AL. wbecf@brockandscott.com,
mario.hanyon@brockandscott.com

MICHAEL A. CIBIK

on behalf of Joint Debtor Phyllis Melendez help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.co
m;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL A. CIBIK

on behalf of Debtor Michael Melendez help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.co
m;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

STEVEN K. EISENBERG

on behalf of Creditor Bear Stearns Asset Backed Securities Trust 2004-AC1  Asset-Backed Certificates, Series 2004-AC1, U.S.
Bank National Association, as Trustee seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

THOMAS SONG

on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR ET. AL. tomysong0@gmail.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Michael Melendez and Phyllis
Melendez

        Debtor(s)                        Case No:18−17608−djb

                                            Chapter: 13

_____

### *NOTICE OF TERMINATION OF WAGE ORDER*

### NOTICE IS GIVEN THAT:

  1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

  2. **Pursuant to the Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**

                                              For The Court

                                              Mohung Wong
                                              Clerk of Court

Date: 1/4/26