Certificate Number: 16339-PAE-DE-040531576

Bankruptcy Case Number: 18-17608



16339-PAE-DE-040531576

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 21, 2026</u>, at <u>7:45</u> o'clock <u>AM EST</u>, <u>Michael Melendez</u> completed a course on personal financial management given <u>by telephone</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date: <u>January 21, 2026</u>     By:     <u>/s/Kris Krumal</u>

Name: <u>Kris Krumal</u>

Title: <u>Certified Financial Counselor</u>