Certificate Number: 16339-PAE-DE-040531577

Bankruptcy Case Number: 18-17608



16339-PAE-DE-040531577

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 21, 2026, at 7:45 o'clock AM EST, Phyllis Melendez completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  January 21, 2026             By:   /s/Kris Krumal

                                    Name: Kris Krumal

                                    Title: Certified Financial Counselor