United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 18-17608-djb
Michael Melendez                                                            Chapter 13
Phyllis Melendez
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 21, 2026 | Form ID: 138OBJ | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Melendez, Phyllis Melendez, 3688 Powder Horn Drive, Furlong, PA 18925-1184 |
| 14231172 | + | Buckingham Township, P.O. Box 596, Buckingham, PA 18912-0596 |
| 14231178 | + | FedLoan Servicing, Attention: Bankruptcy, PO Box 69184, Harrisburg, PA 17106-9184 |
| 14231181 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14231182 | + | Phelan, Halinan & Smieg, Suite 1400, 1617 JFK Boulevard, Philadelphia, PA 19103-1814 |
| 14231185 | + | U.S Dept of Education, 474 S Court St, Suite 500, Montgomery AL 36104-4161 |
| 14254726 | | U.S. Bank National Association, c/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14251050 | + | U.S. Bank National Association, et.al., Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road Eagan MN 55121-1663 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 22 2026 00:49:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 22 2026 00:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14933902 | ^ | MEBN | Jan 22 2026 00:46:17 | Bear Stearns Asset Backed Sec., Trust 2004-AC1, c/o Steven K. Eisenberg, Esq., 1581 Main Street, Ste. 200, Warrington, PA 18976-3403 |
| 14918978 | + | Email/Text: mtgbk@shellpointmtg.com | Jan 22 2026 00:49:00 | Bear Stearns Asset Backed Securities Trust, 2004-AC1, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14231175 | | Email/Text: megan.harper@phila.gov | Jan 22 2026 00:49:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphai, PA 19102 |
| 14231173 | + | Email/Text: ecf@ccpclaw.com | Jan 22 2026 00:49:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14231176 | | Email/Text: bankruptcycourts@equifax.com | Jan 22 2026 00:49:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14231177 | ^ | MEBN | Jan 22 2026 00:46:07 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14231179 | ^ | MEBN | Jan 22 2026 00:46:11 | Financial Recoveries, Attn: Bankruptcy, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 14231180 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 22 2026 00:49:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14927738 | + | Email/Text: ecfbnc@aldridgepite.com | Jan 22 2026 00:49:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, C/O Wendy Locke, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 21, 2026 | Form ID: 138OBJ | Total Noticed: 29 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Diego, CA 92108-3808 |
| 14732239 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 22 2026 00:49:00 | State of New Jersey, Division of Taxation Bankruptcy Section, PO Box 245, Trenton NJ 08695 |
| 14489539 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 22 2026 00:49:00 | Specialized Loan Servicing LLC, 6200 S.Quebec Street, Greenwood Village, CO 80111-4720 |
| 14231184 | | Email/Text: DASPUBREC@transunion.com | Jan 22 2026 00:49:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14231183 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 22 2026 00:49:00 | Toyota Motor Credit Co, Toyota Financial Services, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 14304160 | ^ | MEBN | Jan 22 2026 00:46:14 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14231187 | + | Email/Text: EDBKNotices@ecmc.org | Jan 22 2026 00:49:00 | US Dept of Education, Attn: Bankruptcy, PO Box 16448, Saint Paul, MN 55116-0448 |
| 14755500 | + | Email/Text: EBN@edfinancial.com | Jan 22 2026 00:49:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14231186 | + | Email/Text: EDBKNotices@ecmc.org | Jan 22 2026 00:49:00 | Us Dept Of Education, Attn: Borrowers Service Dept, PO Box 5609, Greenville, TX 75403-5609 |
| 14231188 | | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Jan 22 2026 00:57:12 | Wells Fargo, One Home Campus, Bankruptcy Department, Des Moines, Iowa 50328-1001 |
| 14231189 | | Email/Text: eforbes@ph13trustee.com | Jan 22 2026 00:49:00 | William C. Miller, Esquire, Chapter 13 Trustee, P.O. Box 40119, Philadelphia, PA 19106-0119 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14231174 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 23, 2026           Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2026 at the address(es) listed below:

**Name**           **Email Address**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 21, 2026 | Form ID: 138OBJ | Total Noticed: 29 |

DANIEL P. JONES
    on behalf of Creditor Bear Stearns Asset Backed Securities Trust 2004-AC1 Asset-Backed Certificates, Series 2004-AC1, U.S. Bank National Association, as Trustee djones@sterneisenberg.com, bkecf@sterneisenberg.com

JACK K. MILLER
    on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com

JEROME B. BLANK
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR ET. AL. jblank@pincuslaw.com, mmorris@pincuslaw.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

MARIO J. HANYON
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR ET. AL. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MICHAEL A. CIBIK
    on behalf of Debtor Michael Melendez help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL A. CIBIK
    on behalf of Joint Debtor Phyllis Melendez help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

STEVEN K. EISENBERG
    on behalf of Creditor Bear Stearns Asset Backed Securities Trust 2004-AC1 Asset-Backed Certificates, Series 2004-AC1, U.S. Bank National Association, as Trustee seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

THOMAS SONG
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR ET. AL. tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

*Form 138OBJ* (6/24)−doc 144 − 135

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
  Michael Melendez )    Case No. 18−17608−djb
)
)
  Phyllis Melendez )    Chapter: 13
  aka Phyllis Napier−Melendez )
  Debtor(s). )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

    To all creditors and parties in interest, NOTICE IS GIVEN THAT:

    The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

    Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

    All objections must be filed with the Clerk at the following address:

    Eastern District of Pennsylvania
    900 Market Street
    Suite 400
    Philadelphia, PA 19107

    In the absence of any objection, the Court may enter the Order of Discharge.

Date: January 21, 2026

For The Court

Mohung Wong
Clerk of Court